# EXHIBIT A

# TransUnion

Report Created On: 11/12/2019
File Number: ███

## Personal Information

You have been on our files since 08/01/1992

**SSN:** ███
Your SSN has been masked for your protection.
**Date of Birth:** ███

**Names Reported:** BENJAMIN ODNEAL, BENJAMIN F. ODNEAL, BEN F. ODNEAL and BENJAMIN ONEIL

**Addresses Reported:**

| Address | Date Reported |
|---|---|
| ███ | ███ |

**Telephone Numbers Reported:**

**Employment Data Reported:**

| Employer Name | Location | Position | Date Verified |
|---|---|---|---|



## Account Information

Typically, creditors report any changes made to your account information monthly. This means that some accounts listed below may not reflect the most recent activity until the creditor's next reporting. This information may include things such as balances, payments, dates, remarks, ratings, etc. The key(s) below are provided to help you understand some of the account information that could be reported.

### Rating Key

Some creditors report the timeliness of your payments each month in relation to your agreement with them. The ratings in the key below describe the payments that may be reported by your creditors. Please note: Some but not all of these ratings may be present in your credit report.

| N/R | X | OK | 30 | 60 | 90 | 120 | COL | VS | RPO | C/O | FC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Not Reported | Unknown | Current | 30 days late | 60 days late | 90 days late | 120+ days late | Collection | Voluntary Surrender | Repossession | Charge Off | Foreclosure |

## Adverse Accounts

Adverse information typically remains on your credit file for up to 7 years from the date of the delinquency. To help you understand what is generally considered adverse, we have added >brackets< to those items in this report. For your protection, your account numbers have been partially masked, and in some cases scrambled.





**MIDWEST RECOVERY SYSTEMS LLC**
514 EARTH CITY PLAZA SUITE 100
EARTH CITY, MO 63045
(888) 253-3440

| | | | | | |
|---|---|---|---|---|---|
| **Placed for collection:** | 05/20/2019 | **Balance:** | $647 | **Pay Status:** | >In Collection< |
| **Responsibility:** | Individual Account | **Date Updated:** | 10/27/2019 | | |
| **Account Type:** | Open Account | **Original Amount:** | $647 | | |
| **Loan Type:** | COLLECTION AGENCY/ATTORNEY | **Original Creditor:** | CHECK INTO CASH INC (Financial) | | |
| | | **Past Due:** | >$647< | | |

**Remarks:** >PLACED FOR COLLECTION<
Estimated month and year that this item will be removed: 12/2019

