# EXHIBIT B

**USDC IN/ND case 2:19-cv-00431-PPS-JEM   document 1-2   filed 11/13/19   page 2 of 4**





- [File A Complaint](#)
- 
- [Home](#)
- 
- [About](#)
- 
- [Services](#)
  - [Accounts Receivable Management](#)
  - [Telemarketing](#)
  - [Call Center Solutions](#)
- 
- [Payment](#)
- 
- [Contact](#)

# Payment

Make a payment through the Midwest Recovery Systems payment gateway

It is fast and secure.



- [home](#)
- /
- payment

# Payment Gateway

USDC IN/ND case 2:19-cv-00431-PPS-JEM   document 1-2   filed 11/13/19   page 3 of 4

**NOTICE: This communication is from a debt collector. This may be an attempt to collect a debt. Any information obtained would be used for that purpose.**



## MAKE A PAYMENT TODAY

**Account Number**

▇▇▇▇0889 *

**Payment Date**

11/12/2019 *

**Payment Amount**

$ 25.00 *

A minimum payment of $1.00 is required.

**Description**

▇▇▇▇▇▇

**Billing Phone Number**

▇▇▇▇▇

- ACA INTERNATIONAL
  The Association of Credit
  and Collection Professionals
  Member

USDC IN/ND case 2:19-cv-00431-PPS-JEM   document 1-2   filed 11/13/19   page 4 of 4

- 
- [Better Business Bureau](#)
- -->
- 

Follow Us

- 
- 
- 

- [Consumer Complaint](#)
- |
- [Careers](#)
- |
- [Privacy Policy](#)
- |
- [Terms of Use](#)

©2012 Midwest Recovery Systems  All rights reserved