IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| BENJAMIN ODNEAL<br><br>　　　　　Plaintiff,<br><br>　　-v-<br><br>MIDWEST RECOVERY SYSTEMS, LLC<br><br>　　　　　Defendant.<br>_____ | Case No. 2:19-cv-00431-PPS-JEM |

DEFENDANT'S NOTICE OF WITHDRAWAL OF
REQUEST FOR HEARING / MOTION FOR SANCTIONS

　　Defendant, Midwest Recovery Systems, LLC, through its undersigned counsel, hereby notices the voluntary withdrawal of its previously filed *Request for Hearing* [22], which was subsequently converted to a Motion for Sanctions [24].

DATED this 23rd day of July, 2020.　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Boyd W. Gentry
　　　　　　　　　　　　　　　　　　　　　Boyd W. Gentry (OH #0071057)
　　　　　　　　　　　　　　　　　　　　　Law Office of Boyd W. Gentry, LLC
　　　　　　　　　　　　　　　　　　　　　4031 Colonel Glenn Highway, First Floor
　　　　　　　　　　　　　　　　　　　　　Beavercreek, OH 45431
　　　　　　　　　　　　　　　　　　　　　Tel. (937) 839-2881
　　　　　　　　　　　　　　　　　　　　　Fax (800) 839-5843
　　　　　　　　　　　　　　　　　　　　　bgentry@boydgentrylaw.com
　　　　　　　　　　　　　　　　　　　　　*Counsel for Midwest Recovery Systems, LLC*

Certificate of Service

　　I certify that the foregoing has been served via the Court's CM/ECF service to all counsel of record on July 23, 2020.

　　　　　　　　　　　　　　　　　　　　　/s/ Boyd W. Gentry
　　　　　　　　　　　　　　　　　　　　　Boyd W. Gentry (OH #0071057)